IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JULIO ISLEY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 9:04CV1136 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLENE RUSSELL, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered this date,

IT IS ORDERED:

1) Defendant's motion for summary judgment (Filing No. 20) is granted.

2) Plaintiff's complaint is dismissed.

DATED this 29th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court